

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00388-CV

Steven C. **GRINNELL,**
Appellant

v.

**GARNET REAL ESTATE, LLC,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13502
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

We abated this appeal to permit the trial court to hold a hearing on appellant's "Verified Motion to Extend Post-Judgment Deadlines" and to enter written findings determining the date on which appellant and/or his attorney first either received notice of the signed judgment or acquired actual knowledge of the signing of the judgment, in accordance with Rule 4.2. *See* TEX. R. APP. P. 4.2(b), (c); *see also* TEX. R. CIV. P. 306a(4), (5). A supplemental clerk's record containing the trial court's written finding of the date of first notice and supplemental reporter's record of the hearing held on the motion have been filed in this court. The trial court signed a written order finding that appellant and/or his attorney first received notice of the order granting appellee's application for turnover relief and appointment of receiver on May 8, 2019. *See* TEX. R. APP. P. 4.2(c). Appellant filed a motion to vacate the turnover order on June 7, 2019. *See* TEX. R. APP. P. 329b. Therefore, appellant's notice of appeal filed on June 10, 2019, appears timely. *See* TEX. R. APP. P. 4.2(a), 26.1(a); TEX. R. CIV. P. 306a(4).

According, this appeal is retained and REINSTATED on this court's docket. The appellant's brief is due **thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court